**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Kamron Kirkconnell v. Gail Marie Kirkconnell

Appellate case number:   01-19-00449-CV

Trial court case number:  2018-19630

Trial court:                    309th District Court

      Appellant filed his brief on August 15, 2019.  On August 22, 2019, appellant filed a motion to file an amended brief to comply with the appellate rules.  We suspend application of Rule 10.3 and grant appellant's motion to amend.  *See* TEX. R. APP. P. 2, 10.3(a).  Appellant's amended brief is **ORDERED** to be filed within 20 days of the date of this order.  *See* TEX. R. APP. P. 38.6(a), 38.7.  Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's amended brief.  *See* TEX. R. APP. P. 38.6(b).

      It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                 ☒  Acting individually     ☐  Acting for the Court

Date:   __August 27, 2019_____